UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

　　　　　-against-

GERRY DE JESUS MARTE HERNANDEZ,

　　　　　　　Defendant.

---

13 CR 108 (LAP)
15 CR 530 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

　　The parties shall appear for a conference on January 10, 2023 at 11:30 A.M. in Courtroom 12A.  Speedy Trial time shall be excluded until this conference date in the interests of justice.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　December 15, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge

1